**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

──────────

**No. 23-6023**

──────────

LONNIE W. HUBBARD,

　　　　　　Petitioner - Appellant,

　　　v.

S. BROWN, Acting Warden,

　　　　　　Respondent - Appellee.

──────────

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, District Judge.  (5:22-cv-00196-JPB)

──────────

Submitted:  July 25, 2023　　　　　　　　　　Decided:  July 28, 2023

──────────

Before WYNN and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

──────────

Affirmed by unpublished per curiam opinion.

──────────

Lonnie W. Hubbard, Appellant Pro Se.

──────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lonnie W. Hubbard, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Hubbard's 28 U.S.C. § 2241 petition in which Hubbard sought to challenge his conviction by way of the savings clause in 28 U.S.C. § 2255. The United States Supreme Court recently held that "§ 2255(e)'s saving clause does not permit a prisoner asserting an intervening change in statutory interpretation to circumvent [the Antiterrorism and Effective Death Penalty Act of 1996]'s restrictions on second or successive § 2255 motions by filing a § 2241 petition." *Jones v. Hendrix*, ___ S. Ct. ___, No. 21-857, 2023 WL 4110233, *5 (U.S. June 22, 2023). Hubbard therefore cannot pursue his claims in a § 2241 petition. Accordingly, we affirm the district court's order denying relief.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*